STATE OF NEW JERSEY v. ARTHUR LEE GREEN.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER GUNNELL.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JAMES HARRISON.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS IRELAND.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM W. JACKSON.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v.
ROBERT JIGGETTS AND HAROLD ROGERS.

January 29, 1976. Petition for certification denied.